**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates to All Cases | Master Docket Case No. 1:14-cv-01748<br><br>Hon. Judge Matthew F. Kennelly |

**JOINT AGENDA
FOR OCTOBER 24, 2014 CASE MANAGEMENT CONFERENCE**

The Court's September 23, 2014 minute entry directed the parties to file a proposed joint agenda for the October 24, 2014 case management conference.

The Court has provided the following conference call number. Anyone may listen to the conference by calling (888) 622-5357, passcode 617106. Callers will not be able to speak at the conference.

The parties submit the following agenda:

I. Status of discussions regarding state/federal coordination order

II. Status of unified case management plan

III. Status of deposition protocol order

IV. ESI briefing (form of production – native vs. TIFF)

V. Status of Defense Fact Sheet

VI. Status of direct filing order

VII. Status of common benefit fund order

VIII. Status of preservation order

IX. Proposals on court's MDL No. 2545 website

X. Date of January case management conference

Dated: October 17, 2014                             Respectfully submitted,

                                                    WINSTON & STRAWN LLP

                                                By: */s/ Scott P. Glauberman*
                                                    James F. Hurst
                                                    Scott P. Glauberman
                                                    Nicole E. Wrigley
                                                    Bryna J. Dahlin
                                                    **WINSTON & STRAWN LLP**
                                                    35 West Wacker Drive
                                                    Chicago, Illinois 60601
                                                    Tel: (312) 558-5600
                                                    Fax: (312) 558-5700
                                                    sglauberman@winston.com
                                                    jhurst@winston.com
                                                    nwrigley@winston.com
                                                    bdahlin@winston.com

                                                    *Attorneys for AbbVie Inc. and Abbott Laboratories*

                                                    David E. Stanley (pro hac vice)
                                                    **REED SMITH LLP**
                                                    355 S. Grand Avenue, Suite 2900
                                                    Los Angeles, CA 90071
                                                    Tel: (213) 457-8000
                                                    dstanley@reedsmith.com

                                                    Timothy R. Carraher
                                                    **REED SMITH LLP**
                                                    10 South Wacker Drive, 40th Floor
                                                    Chicago, IL 60606
                                                    Tel: (312) 207-6549
                                                    Fax: (312) 207-6400
                                                    tcarraher@reedsmith.com

                                                    *Attorneys for Eli Lilly and Company and Lilly USA LLC*

                                                    Andrew K. Solow
                                                    **KAYE SCHOLER LLP**
                                                    425 Park Avenue
                                                    New York, NY 10022
                                                    Tel: (212) 836-7740
                                                    Fax: (212) 836-6776

Pamela J. Yates
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 788-1278
Fax: (310) 788-1200

*Attorneys for Endo Pharmaceuticals Inc.*

Tinos Diamantatos
**MORGAN, LEWIS & BOCKIUS**
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: (312) 324-1145
Fax: (312) 353-2067
tdiamantatos@morganlewis.com

James D. Pagliaro (*pro hac vice*)
Thomas J. Sullivan (*pro hac vice*)
Ezra D. Church (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
echurch@morganlewis.com

*Attorneys for Auxilium Pharmaceuticals Inc.*

Matthew A. Holian
Jessica C. Wilson
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6001
Email: matt.holian@dlapiper.com
Email: jessica.wilson@dlapiper.com

*Attorneys for Pfizer Inc. and Pharmacia &*

*Upjohn Company LLC*

Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
E-mail: jthomas@ulmer.com

*Attorneys for Actavis, Inc.,Actavis Pharma, Inc., Anda, Inc., and Watson Laboratories, Inc., a Nevada corporation*


*/s/ Ronald S. Johnson, Jr.*
**SCHACHTER, HENDY & JOHNSON**
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Tel: (859)578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Trent B. Miracle*
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel: (618)259-2222
Fax: (618) 259-2252
tmiracle@simmonsfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Christopher A. Seeger*
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Tel: (212)584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

5

Case: 1:14-cv-01748 Document #: 424 Filed: 10/17/14 Page 5 of 6 PageID #:5041

## **CERTIFICATE OF SERVICE**

      I, Marissa S. Ronk, hereby certify that on October 17, 2014, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                         */s/ Marissa S. Ronk*