IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| -------------------------------------------------------- | ) | MDL No. 2545 |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

CASE MANAGEMENT ORDER NO. 136
(Schedule on PSC's motion to amend Case
Management Order No. 16, establishing
common benefit fee and expense funds)

**This is an important order that should be reviewed by all plaintiffs in this MDL.**

The Plaintiffs' Steering Committee (PSC) has filed a motion seeking to approximately double the holdback for the common benefit fee and expense fund (dkt. no. 2868). CMO 16 set a holdback of 10% (8% for attorney's fees and 2% for expenses) in each case in the MDL. The PSC is asking the Court to increase that to 19.5% (14.5% for attorney's fees and 5% for expenses).

Any plaintiff who objects to the PSC's motion must file a written objection by no later than Friday, September 28, 2018. The PSC must file a written reply to any objection by no later than Friday, October 6, 2018. The reply should be a consolidated reply. None of these dates are subject to extension.

Date: September 14, 2018

_____
MATTHEW F. KENNELLY
United States District Judge